ORIGINAL

**FILED**

09/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0515

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0515

INGE RUDBACH,

      Petitioner,

v.

TWENTY-FIRST JUDICIAL DISTRICT COURT,
RAVALLI COUNTY, HONORABLE JENNIFER
B. LINT, Presiding,

      Respondent.

FILED

SEP 20 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Inge Rudbach, via counsel, seeks a writ of supervisory control to vacate an Order of the Twenty-First Judicial District Court, Ravalli County, denying her motion to dismiss in Cause No. DV-2019-433, in which she is a defendant. She further requests that the District Court matter be stayed pending the resolution of this petition.

We have amended the caption to reflect the proper parties in this original proceeding. M. R. App. P. 14. Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Twenty-First Judicial District Court; and/or on behalf of the District Court, Travis and Jodie Spencer, plaintiffs in the District Court case; Justin Kirkbride, co-defendant in the District Court case; and Mad Jack Enterprises LLC, d/b/a Win Home Inspection Five Valleys, co-defendant in the District Court case; are each granted 30 days from the date of this Order to prepare, file, and serve a response to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Twenty-First Judicial District Court, Ravalli County, Cause No. DV-2019-433, and the Honorable Jennifer B. Lint, presiding.

DATED this 20th day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2